UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. HASSAN SCOTT, Crim. No. 08-789

## PETITION FOR WRIT OF HABEAS CORPUS

1. HASSAN SCOTT is now confined at the Wagner Youth Correctional Facility.

2. Said individual will be required at NEWARK, New Jersey, before the Hon. William H. Walls, U.S. DISTRICT Judge, on Monday, November 10th, at 10:00 a.m., for an initial appearance and arraignment in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: October 29, 2008

Ronnell L. Wilson
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.
DATED: October 6, 2008

Hon. William H. Walls, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Wagner Youth Correctional Facility:
WE COMMAND YOU that you have the body of

HASSAN SCOTT,

now confined at the Wagner Youth Correctional Facility, brought before the United States District Court, the Hon. William H. Walls, U.S. District Judge, in the United States Post Office & Court House at NEWARK, on Monday, November 10th, at 10:00 a.m., in civilian clothes, so that he may attend his initial appearance and arraignment in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States DISTRICT Judge
Newark, New Jersey.

DATED: October  , 2008

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk