UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 08-789 (WHW) |
| HASSAN SCOTT | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Ronnell L. Wilson, Assistant U.S. Attorney), and defendant Hassan Scott (by Lisa Mack, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter to allow adequate time for the Court to review and make a judicial determination concerning the defendant's Motion For Advance Production of Certain Brady and Impeachment Materials, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendant has filed a Motion For Advance Production of Certain Brady and Impeachment Materials;

      2. The United States has filed a Memorandum of Law in Opposition to the defendant's Motion For Advance Production of Certain Brady and Impeachment Materials;

      3. A hearing is necessary to determine the motion;

      4. Pursuant to Title 18 of the United States Code, Section 3161(h)(1)(D), the grant of a continuance is reasonably necessary to make the motion ready for judicial determination;

WHEREFORE, on this __27th__ day of __July__ 2009,

ORDERED that the argument of defendant's Motion For Advance Production of Certain Brady and Impeachment Materials is scheduled for September 14, 2009, 2009; and the trial is scheduled for October 15, 2009, or a date to be set by the Court;

ORDERED that the period from March 14, 2009, through through October 15, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(1)(D).

                                      HON. William H. Walls
                                      United States District Judge

Form and entry
consented to:

Ronnell L. Wilson
Assistant U.S. Attorney

Lisa Mack, AFPD
Counsel for defendant Hassan Scott