# UNITED STATES DISTRICT COURT

### District of New Jersey

| Chambers of | | Martin Luther King Jr. |
|---|---|---|
| **William H. Walls** | | Federal Courthouse |
| District Judge | | 50 Walnut Street |
| | | Newark, New Jersey 07102 |

(973) 645-2564
(973) 645-3436 Fax

<u>NOT FOR PUBLICATION</u>

<u>LETTER ORDER</u>

<u>ORIGINAL ON FILE WITH CLERK OF COURT</u>

October 15, 2009

**Appearances:**

Ronnell Wilson
Office of the U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102

Lisa Mack
Federal Public Defenders' Office
972 Broad Street
Newark, NJ 07102

Re:     <u>United States v. Scott</u>; Crim. No. 08-789 (WHW)
         Disclosure of Brady Materials

Dear Counsel:

It is on this 15th day of October, 2009:

ORDERED that the United States shall produce to Defendant Hassan Scott the personnel

records of Police Officer Emmanuel Pereira, who may be called by the United States to testify at

trial in this matter.

**s/William H. Walls**
United States Senior District Judge