# UNITED STATES DISTRICT COURT

District of New Jersey

| | |
|---|---|
| Chambers of<br>**William H. Walls**<br>District Judge<br>_____<br><br>(973) 645-2564<br>(973) 645-3436 Fax | Martin Luther King Jr.<br>Federal Courthouse<br>50 Walnut Street<br>Newark, New Jersey 07102 |

<u>NOT FOR PUBLICATION</u>

<u>LETTER ORDER</u>

<u>ORIGINAL ON FILE WITH CLERK OF COURT</u>

October 16, 2009

**Appearances:**

Ronnell Wilson
Office of the U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102

Lisa Mack
Federal Public Defenders' Office
972 Broad Street
Newark, NJ 07102

Re:   <u>United States v. Scott</u>; Crim. No. 08-789 (WHW)
        Clarification of this Court's October 15, 2009 Order

Dear Counsel:

This Court's October 15, 2009 Order incorrectly stated that it concerned disclosure of <u>Brady</u> materials.  It should have stated that it concerned disclosure of <u>Giglio</u> materials, as Officer Emmanuel Pereira's personnel records are <u>Giglio</u> materials.

Moreover, the Order did not state which portions of Officer Pereira's records are to be disclosed to Defendant Scott.  It should have stated that the United States is to disclose all pending complaints against Office Pereira.  Counsel should note that admission of any evidence

contained in these records is subject to a determination of relevance by the Court at the time of trial.

It is on this 16th day of October, 2009:

ORDERED that, in accordance with its obligations under <u>Giglio</u>, the United States shall disclose to Defendant Hassan Scott all pending complaints against Police Officer Emmanuel Pereira, who may be called by the United States to testify at trial in this matter.

**s/William H. Walls**
United States Senior District Judge
