# UNITED STATES DISTRICT COURT

District of New Jersey

| | |
|---|---|
| Chambers of<br>**William H. Walls**<br>District Judge<br>─────────<br>(973) 645-2564<br>(973) 645-3436 Fax | Martin Luther King Jr.<br>Federal Courthouse<br>50 Walnut Street<br>Newark, New Jersey 07102 |

<u>NOT FOR PUBLICATION</u>

<u>LETTER ORDER</u>

<u>ORIGINAL ON FILE WITH CLERK OF COURT</u>

October 23, 2009

**Appearances:**

Ronnell Wilson
Office of the U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102

Lisa Mack
Federal Public Defenders' Office
972 Broad Street
Newark, NJ 07102

Re:   <u>United States v. Scott</u>; Crim. No. 08-789 (WHW)
       Disclosure of Giglio Materials

Dear Counsel:

It is on this 23rd day of October, 2009:

ORDERED that, in accordance with its obligations under <u>Giglio</u>, the United States shall disclose to Defendant Hassan Scott all pending complaints against Officer Carlos Alvarado, who may be called by the United States to testify at trial in this matter

ORDERED that, in accordance with its obligations under <u>Giglio</u>, the United States shall disclose to Defendant Hassan Scott all pending complaints against Sergeant Anthony Venancio, who may be called by the United States to testify at trial in this matter.

Counsel should note that admission of any evidence contained in these records is subject to a determination of relevance by the Court at the time of trial.

**s/William H. Walls**
United States Senior District Judge