NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES, | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | Cr. No. 08-789 (WHW) |
| HASSAN SCOTT | : | |
| Defendant. | : | |

**Walls, Senior District Judge**

On August 31, 2010, Lisa M. Mack wrote to the Court on behalf of the defendant, Mr. Scott, requesting a new attorney to pursue his appeal. Mr. Scott has not presented to the Court justifiable reasons to provide him new counsel. As explained at Scott's sentencing, the Court will not appoint new counsel without such a showing. Mr. Scott has presented nothing new to the Court concerning Ms. Mack's ability to serve as his attorney.

It is, on this 1st day of September, 2010:

ORDERED that Defendant's Request for New Counsel is DENIED.

                                                                **s/ William H. Walls**
                                                          United States Senior District Judge