PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Hassan Scott                              Cr.: 08-00789-001
                                                            PACTS #: 53351

Name of Sentencing Judicial         THE HONORABLE WILLIAM H. WALLS
Officer:
                                    SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/30/2010

Original Offense: 18:922G; Possession of a Firearm by a Convicted Felon; 18:924C; Use and Carry a Firearm in Furtherance of a Drug Crime; 21:841A; Possess with Intent to Distribute a Mixture of Substance containing Heroin

Original Sentence: 120 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/23/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the special supervision condition which states: **'ALCOHOL/DRUG TESTING AND TREATMENT; You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'**

                    On November 28, 2018, the offender signed an admission form admitting to the use of marijuana. Additionally, he last reported using marijuana on December 31, 2018 to his counselor at the Cope Center.

U.S. Probation Officer Action:

The Probation Officer verbally reprimanded the offender. Mr. Scott is currently receiving substance abuse and mental health treatment at the Cope Center. He will be referred to inpatient treatment if he continues to use marijuana and does not begin regular attendance at outpatient treatment.

Respectfully submitted,

By: Julie Chowdhury
U.S. Probation Officer
Date: 01/15/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

28 January 2019
Date